IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| IN RE:<br>DERRICK C. SCOTT<br>xxx-xx-7637<br>6485 STATE HWY 63 W.<br>JASPER, TX 75951<br><br>EBONY S. OWENS<br>xxx-xx-6418<br><br>DEBTORS | §<br>§<br>§ CASE NO. 18-10451<br>§<br>§ CHAPTER 13<br>§<br>§<br>§ |

### UNSWORN DECLARATION OF ATTORNEY

I declare under penalty of perjury the following:

1. I am over the age of twenty-one years, of sound mind, and am not otherwise disqualified from making this declaration. I have personal knowledge of every statement herein made, and I am fully competent to testify as to the matters stated herein.

2. I am the attorney in charge of reviewing all cases for bar dates for Barron and Barron, L.L.P.. By my carelessness and neglect, I missed this debtors' bar date and am requesting the Court to allow the late filed claim. It is in the best interest of the debtors to allow them to pay this claim in their Chapter 13 plan.

   /s/ Diane S. Barron
   Diane S. Barron

**EXHIBIT 1**